In the Matter of the Claim of ROBERT J. HYATT against U. S. RUBBER RECLAIMING CO., INC., Respondent. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 25, 1931; decided April 14, 1931.)

*John J. Bennett, Jr.*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Maurice R. Roche* and *Milton Dammann* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.